# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

BRITTANY WILLIAMS, as personal representative
of the Estate of Javarcia Riggins, deceased,

Appellant,

v.

BELL TOWER SHOPS, LLC, and
MADISON MARQUETTE REAL
ESTATE SERVICES, LLC,

Appellees.

No. 2D21-1694

_____

September 21, 2022

Appeal from the Circuit Court for Lee County; Joseph C. Fuller,
Judge.

Mikel R. Kinser, Joseph R. North, and Joseph R. North, Jr., of The
North Law Firm P.A., Fort Myers, for Appellant.

P. Brandon Perkins of Campbell Conroy & O'Neil, Plantation, for
Appellee Bell Tower Shops, LLC.

Ezequiel Lugo of Banker Lopez Gassler P.A., for Appellee Madison
Marquette Real Estate Services, LLC.

PER CURIAM.

Affirmed.

CASANUEVA, SILBERMAN, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.